CIENA CORPORATION and Ciena Properties, Inc., Plaintiffs–Appellees,

v.

CORVIS CORPORATION, Defendant–Appellant.

No. 05–1245.

United States Court of Appeals, Federal Circuit.

April 13, 2005.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**The CHAMBERLAIN GROUP, INC., Appellant,**

v.

**INTERNATIONAL TRADE COMMISSION, Appellee,**

and

Skylink Technologies, Inc., Intervenor.

No. 04–1322.

United States Court of Appeals, Federal Circuit.

April 14, 2005.

*ORDER*

Upon consideration of The Chamberlain Group, Inc.'s unopposed motion to voluntarily dismiss this appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) All sides shall bear their own costs.